```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                                                              :
                    -v-                                       :
                                                              :
                                                              :
    DAVID CASTILLO,                                           :
                                                              :
                            Defendant.                        :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2024

1:24-cr-199-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter for April 26, 2024, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: April 24, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge