USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2024

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 21, 2024

## MEMORANDUM ENDORSED

<u>Via ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   <u>United States v. David Castillo</u>
        24 Cr. 199 (GHW)**

> Application granted. Pretrial motions by Defendant are due no later than September 9, 2024. All other deadlines contained in the Court's July 26, 2024 order, Dkt. No. 15, remain in full force and effect.
> The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.
> SO ORDERED.
> Dated: August 21, 2024
> New York, New York
>
> _____
> GREGORY H. WOODS
> United States District Judge

Dear Judge Woods,

   I write with the consent of the government to respectfully request a two-week adjournment of the motions schedule in this matter. This brief adjournment would permit the parties to potentially reach a disposition in this case and avoid unnecessary motion practice.

   As discussed at the parties' last appearance, Mr. Castillo is in primary New York State custody and has been writted over for federal prosecution. The defense has been endeavoring to have Mr. Castillo released from state custody into federal custody in advance of any disposition in this case. While the Court entered a detention order to facilitate this transfer of primary custody (Doc. 19), Mr. Castillo was not produced to his August 8, 2024 state court appearance from MDC Brooklyn and this transfer did not occur. Mr. Castillo's next state court appearance is September 5, 2024, after the defense's motions would otherwise be due in this case.

   To provide an opportunity for Mr. Castillo to be released into primary federal custody at his September 5, 2024 state court appearance, and to permit the parties time to conclude a potential disposition thereafter, I respectfully request that the Court adjourn the current motions schedule for two weeks. The parties do not seek an adjournment of the trial date in this straightforward section 922(g)(1) matter. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Rebecca Delfiner