```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                  :
                                           :
           -against-                       :
                                           :
DAVID CASTILLO,                            :        1:24-cr-199-GHW
                                           :
                Defendant.                 :        ORDER
------------------------------------------------------------ X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 9/10/2024 |

GREGORY H. WOODS, United States District Judge:

A change of plea hearing in this matter will take place on September 16, 2024 at 11:00 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: September 10, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge