UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,      :

            :

        -against-      :

            :

DAVID CASTILLO,        :

            :

          Defendant.    :

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2024

1:24-cr-199-GHW

<u>DETENTION ORDER</u>

GREGORY H. WOODS, United States District Judge:

      WHEREAS on September 16, 2024, the defendant DAVID CASTILLO pleaded guilty to Count I of the Indictment, which charged him with violating 18 U.S.C. § 922(g)(1);

      IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3143(a), that pending the Court's imposition of sentence in the above-captioned matter, the defendant DAVID CASTILLO (Fed. Reg. No. 10838-511) is remanded to the custody of the United States Marshals Service.

Dated: September 16, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge