# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

## MEMORANDUM ENDORSED

November 8, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2024

<u>Via ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. David Castillo</u>
           24 Cr. 199 (GHW)

Dear Judge Woods,

    I write with the consent of the government to respectfully request a two-week adjournment of the December 16, 2024 sentencing (and all affiliated filing deadlines) in the above-captioned matter.

    Earlier today, the parties received the draft PSR from Probation. We understand from conversations with Probation that the final PSR will be released December 6, 2024. Under the current schedule, however, the defense's sentencing submission is due December 2, 2024. In order to permit the defense to review and respond to the final PSR in its sentencing submission, the defense respectfully requests a two-week adjournment of the sentencing dates.

    We thank the Court for its consideration of this request.

                                 Respectfully submitted,

                                 /s/

                                 Neil P. Kelly
                                 Assistant Federal Defender
                                 (212) 417-8744

    cc:    AUSA Rebecca Delfiner

---

Application granted.  The sentencing hearing previously scheduled for December 16, 2024 at 2:00 p.m. is adjourned to January 22, 2025 at 10:00 a.m.  The defendant's sentencing submissions are due no later than January 8, 2025; the Government's sentencing submissions are due no later than January 15, 2025.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 28.
SO ORDERED.
Dated: November 19, 2024
New York, New York

                                 GREGORY H. WOODS
                                 United States District Judge