**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMORANDUM ENDORSED**   November 19, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

<u>Via ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. David Castillo</u>
            **24 Cr. 199 (GHW)**

Dear Judge Woods,

    I write to respectfully withdraw my previous request for an adjournment of Mr. Castillo's December 16, 2024 sentencing. The date to which the Court adjourned Mr. Castillo's sentencing will unfortunately cause complications with his unrelated state case and potential disposition. Accordingly, with the consent of the government, I respectfully request that the Court restore the original sentencing date of December 16, 2024.

    To the extent the defense needs to response to information contained in the final PSR, which is scheduled to be released after the defense files its sentencing submission, we will respectfully seek leave of the Court to submit a sentencing supplement at that time.

    We thank the Court for its consideration and flexibility in this matter.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    AUSA Rebecca Delfiner

---

Application denied.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 30.
SO ORDERED.
Dated: November 20, 2024

New York, New York

_____
GREGORY H. WOODS
United States District Judge